04C1593
MOSS VS. TRADITIONAL MED INC
JUDGE ST. EVE.

**FILED**
JUN 1 8 2004
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**DOCKETED**
JUN 2 1 2004

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery  JUN 1 5 2004<br>D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No<br>**RECEIVED** **U.S.D.C. S.D. N.Y.** |
| 1. Article Addressed to:<br><br>United States District Court<br>Southern District of New York<br>300 Quarropas Street<br>White Plaines, NY 10601 | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label)  7003 2260 0006 4757 0782 | |
| PS Form 3811, August 2001   Domestic Return Receipt   2ACPRI-03-Z-0966 | |

